UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-1  SAMER YOUSIF JIRJESE

                Defendant.

_____/

Case: 2:20-cr-20123
Judge: Drain, Gershwin A.
MJ: Patti, Anthony P.
Filed: 02-27-2020 At 03:02 PM
USA V SEALED MATTER (LG)

VIOLATION:  21 U.S.C. § 841

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT ONE:  (Possession With Intent to Distribute Methamphetamine – 21 U.S.C. § 841(a)(1))**

D-1    SAMER YOUSIF JIRJESE

On or about June 3, 2019, in the Eastern District of Michigan, Southern Division, defendant SAMER YOUSIF JIRJISE did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

1

## FORFEITURE ALLEGATIONS

### Criminal Forfeiture - 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21 set forth in this Indictment, the convicted defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

Upon conviction of any offense in violation of Title 18, United States Code, Sections 924 set forth in this Indictment, the convicted defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

The United States intends to seek a forfeiture money judgment against the defendant for the total value of assets obtained by the defendant in connection with the offense(s) of conviction.

2

If any of the property described above, as a result of any act or omission of the defendant:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), independently and as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

*s/ Julie Beck*
Julie Beck (P53291)
Assistant United States Attorney
Chief, Drug Task Force

*s/ Timothy P. McDonald*
Timothy P. McDonald (P64562)
Assistant United States Attorney

Dated: February 27, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:20-cr-20123<br>Judge: Drain, Gershwin A.<br>MJ: Patti, Anthony P.<br>Filed: 02-27-2020 At 03:02 PM<br>USA V SEALED MATTER (LG) |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete**

## Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
| | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  *TPM* |

**Case Title:** USA v.  Samer Jirjese

**County where offense occurred :**  Wayne

**Check One:**    ☒ Felony            ☐ Misdemeanor            ☐ Petty

    ✓ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

  ☐ Corrects errors; no additional charges or defendants.
  ☐ Involves, for plea purposes, different charges or adds counts.
  ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 27, 2020
Date

*Timothy P. McDonald*
Timothy P. McDonald
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-0221
Fax:    (313) 226-4678
E-Mail address: timothy.mcdonald@usdoj.gov
Attorney Bar #:  P64562

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.